STATE OF NEW JERSEY v. ANDREW KELCO.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD W. TELEPO.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES JONES.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. OTHAL LIVERMAN.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. OTHAL LIVERMAN.

June 21, 1988.

Cross-petition for certification denied.